IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALBERTO RIVERA MENDEZ, Inmate )
#71595-179 )
 )
       Petitioner, )
 ) CIVIL NO. 11-848-DRH
vs. )
 )
WENDY ROAL, )
 )
       Respondent.

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On October 17, 2011, petitioner was ordered to pay the $5.00 filing fee in this case not later than November 16, 2011 (Doc. 6). This date has since passed, and petitioner has not tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED. R. CIV. P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to close this case.

    **IT IS SO ORDERED.**

    **DATED: November 23, 2011**

                                       /s/   DavidRHerndon
                                       **Chief Judge**
                                       **United States District Court**